IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARK BROWN,
        Plaintiff,
    v.                                        **Judgment in a Civil Case**
MEDICAL STAFF AT PENDER CORR.
INST.; DR. MCALOSS; MS. BLUM; MS.
SMITH; DONALD POLT,
        Defendants.                  Case Number: 5:09-CT-3061-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants Medical Staff at Pender Corr. Inst. and Ms. Smith having been dismissed earlier in the motion, defendants Blum and Polt's motion for summary judgment is granted, Dr. Michlos is dismissed from the action and this action is hereby dismissed.

This Judgment Filed and Entered on February 3, 2012, with service on:
Mark Brown 0464566, Mountain View Correctional Institution, 545 Amity Park Road, Spruce Pine, NC 28777 (via U.S. Mail)
Elizabeth Parson (via CM/ECF Notice of Electronic Filing)

February 3, 2012                                  /s/ Dennis P. Iavarone
                                                            Clerk

Raleigh, North Carolina